JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE CONWAY,<br><br>        Petitioner,<br><br>v.<br><br>STU SHERMAN,<br><br>        Respondent. | CASE NO. 2:20-cv-10965-SVW-SK<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Petition, **IT IS ADJUDGED** that this action is dismissed with prejudice.

DATED: March 9, 2021

_____
STEPHEN V. WILSON
U.S. DISTRICT JUDGE